# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Schroeder, HKennethJr | 2. Court or Organization<br><br>U.S. District Court, W.D.N.Y. | 3. Date of Report<br><br>07/16/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.Magistrate Judge-Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 07/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/01/18 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schroeder, HKennethJr** | 07/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | A | Dividend | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | | None | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. | Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. | Money Market Funds: | | | | | | | | | |
| 21. | Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. | Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. | New York's College Savings Program (age/ risk based invest.) | | | | | | | | | |
| 24. | | | None | K | T | | | | | |
| 25. | | | None | K | T | | | | | |
| 26. | | | None | K | T | | | | | |
| 27. | M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. | M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. | M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. | M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. | M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. | M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. | M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. | M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schroeder, HKennethJr** | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MARKEL CORP (HOLDING CO) DE | A | Dividend | J | T | | | | | |
| 36. FACEBOOK INC CL A DE | A | Dividend | J | T | | | | | |
| 37. EOG RESOURCES INC DE | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 38. CONS ENERGY INC DE | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 39. LOCKHEED MARTIN CORP DE | A | Dividend | J | T | Buy (add'l) | 01/04/19 | J | | |
| 40. BARCLAYS PLC ADR DE | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 41. SCANA CORP NEW DE | A | Dividend | J | T | | | | | |
| 42. WALT DISNEY CO (HOLDING CO) DISNEY COM DE | A | Dividend | J | T | | | | | |
| 43. FIRSTENERGY CORP DE | A | Dividend | J | T | Buy (add'l) | 02/13/19 | J | | |
| 44. UNITED STATES STEEL CORP NEW DE | A | Dividend | J | T | | | | | |
| 45. ALBEMARLE CORP DE | A | Dividend | | | Sold | 02/07/19 | J | A | |
| 46. DOWDUPONT INC DE | A | Dividend | J | T | Buy (add'l) | 01/08/19 | J | | |
| 47. | | | | | Sold | 01/24/19 | J | A | |
| 48. PRUDENTIAL FINANCIAL INC DE | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 49. DISCOVERY COMMUNICATIONS INC CL A DE | A | Dividend | | | Sold | 01/17/19 | J | A | |
| 50. EXPEDIA GROUP INC DE | A | Dividend | J | T | | | | | |
| 51. LANDSTAR SYSTEMS INC DE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CALANESE CORP NEW SER A DE | A | Dividend | J | T | | | | | |
| 53. WESTLAKE CHEMICAL CORP DE | A | Dividend | J | T | | | | | |
| 54. NORTHROP GRUMMAN CORP DE | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 55. EDWARDS LIFESCIENCES CORP DE | A | Dividend | J | T | | | | | |
| 56. ALIBABA GROUP HLDG LTD SPON ADR DE | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 57. PVH CORP COM DE | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 58. CVS HEALTH CORP DE | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 59. MELLONOX TECHNOLOGIES LTD ILS DE | A | Dividend | J | T | | | | | |
| 60. AMER EXPRESS CO DE | A | Dividend | J | T | | | | | |
| 61. BIG LOTS INC DE | A | Dividend | J | T | Buy (add'l) | 10/16/19 | J | | |
| 62. CENTENE CORP DE | A | Dividend | | | Sold | 10/23/19 | J | A | |
| 63. CONOCOPHILLIPS DE | A | Dividend | J | T | | | | | |
| 64. POSCO SPON ADR DE | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 65. COMERICA INC DE | A | Dividend | | | Sold | 04/11/19 | J | B | |
| 66. NUTRIEN LTD CAD DE | A | Dividend | J | T | | | | | |
| 67. STMICROELECTRONICS N.V EUR DE | A | Dividend | | | Sold | 01/16/19 | J | B | |
| 68. GENTEX CORP DE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | CONDUENT INC DE | A | Dividend | J | T | | | | | |
| 70. | SIGNATURE BANK NEW YORK N Y DE | A | Dividend | J | T | | | | | |
| 71. | VODAFONE GROUP PLC SPON ADR DE | A | Dividend | | | Sold | 11/14/19 | J | A | |
| 72. | ELECTRONIC ARTS DE | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 73. | TOTAL SYSTEM SERVICES INC DE | A | Dividend | J | T | Buy<br>(add'l) | 05/16/19 | J | | |
| 74. | ALIGN TECHNOLOGY INC DE | A | Dividend | J | T | | | | | |
| 75. | CISCO SYSTEMS INC DE | A | Dividend | J | T | | | | | |
| 76. | MOSAIC CO DE | A | Dividend | | | Sold | 02/20/19 | J | B | |
| 77. | CANADA GOOSE HLDGS INC CAD DE | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 78. | SVB FINANCIAL GROUP DE | A | Dividend | J | T | | | | | |
| 79. | DIAMONDBACK ENERGY INC DE VSP | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 80. | | | | | | Sold | 10/30/19 | J | A | |
| 81. | ADIENT PLC DE VSP | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 82. | NETGEAR INC DE VSP | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 83. | JETBLUE AIRWAYS CORP DE VSP | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 84. | CNX RESOURCES CORP DE VSP | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 85. | NATL FUEL GAS CO DE VSP | A | Dividend | J | T | Buy | 11/05/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 07/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SK TELECOM CO LTD ADR DE VSP | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 87. SKECHERS USA INC CL A DE VSP | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 88. AUSTRALIA & NEW ZEALAND BKG GRP LTD | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 89. | | | | | Sold | 12/03/19 | J | A | |
| 90. WALMART INC DE VSP | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 91. SCOTTS MIRACLE-GRO CO CL A DE | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 92. FIRST SOLAR INC DE VSP | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 93. AMERICAN AIRLS GROUP INC DE VSP | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 94. | | | | | Sold | 12/17/19 | J | A | |
| 95. MASCO CORP DE VSP | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 96. ASSOCIATED BRITISH FOODS PLC | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 97. COCA COLA EUROPEAN PARTNERS | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 98. CUMMINS INC DE VSP | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 99. D R HORTON INC DE VSP | A | Dividend | J | T | Buy | 12/26/19 | J | | |
| 100. LAUDER ESTEE COS CL A DE VSP | A | Dividend | J | T | Buy | 12/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 07/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544